# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-503 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JERMEL MOSES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on April 21, 2025.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on August 26, 2025. The defendant waived his right to a revocation hearing and admitted to the following violations:

1. Illicit Drug Use;
2. Failure to Follow Probation Officer Instructions;
3. Failure to Comply with Substance Abuse Testing;
4. Failure to Comply with Substance Abuse Treatment; and
5. Failure to Comply with Mental Health Treatment.

The magistrate judge filed a report and recommendation on September 4, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4 and 5.

---

[1] Supplemental reports were filed on May 14, 2025 and September 15, 2025.

A final supervised release violation hearing was conducted on September 18, 2025. Present were the following: Assistant United States Attorney Margaret A. Kane, representing the United States; Attorney Donald J. Malarcik, Jr., representing the defendant; the defendant Jermel Moses, and United States Probation Officer Robert Capuano.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 5 months. The defendant is to receive credit for time served to date. Upon release from custody, the defendant is to be placed on supervised release for a period of 31 months, with the same terms and conditions as previously imposed and with the following additional special conditions:

**Residential Reentry Center**: Placement at the Residential Reentry Center (RRC) for up to 6 months immediately upon release from custody or, if a bed is not immediately available, as soon as a bed becomes available.

**Mental Health Medications:** You must take all mental health medications that are prescribed by your treating physician.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: September 18, 2025

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**